No. 12-57049

United States Court of Appeals
for the Ninth Circuit

Dorothy McKay et al.,

*Plaintiffs-Appellants,*

v.

Sheriff Sandra Hutchens et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Central District of California

Motion for Leave to File a Corrected Brief of Amicus Curiae of the
International Law Enforcement Educators & Trainers Association,
International Association of Law Enforcement Firearms Instructors,
Inc., and the Independence Institute

David B. Kopel
 Counsel of Record
Independence Institute
727 E. 16th Ave.
Denver, Colo. 80203
(303) 279-6536
Counsel for *Amici Curiae*

1

1. On December 6, 2012, prospective amici submitted a brief to this Court, accompanied by a motion for leave to file an amicus brief.

2. The December 6 brief erroneously omitted the F.R.A.P. disclosure statement that no parties had made a financial contribution towards the preparation of the brief.

3. On December 12, 2012, prospective amici filed a corrected brief, via ECF.

4. The only change in the brief was the addition of the appropriate disclosure statement as a new paragraph at the end of the section labeled "Statement Amici Interests." In addition, the word count disclosure following the brief was changed to reflect the new number of words.

5. There were no other changes to brief, and the wording of all substantive sections remains exactly the same as in the original December 6 filing, with the exception of the addition of a one paragraph disclosure statement.

WHEREFORE, the movants respectfully request that this Motion to for leave to file the corrected brief be granted.

Respectfully submitted,

David B. Kopel
  *Counsel of Record*
Independence Institute
727 East 16th Ave.
Denver, Colorado 80203
(303) 279-6536

**CERTIFICATE OF SERVICE**

The undersigned, attorney of record of amici the International Law Enforcement Educators & Trainers Association et al., hereby certifies that on December 13, 2012, an identical electronic copy of the foregoing motion for leave to file a corrected amicus brief form were uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

/s/ *David B. Kopel*                                              Dec. 13, 2012